IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRELL O'NEAL BROWN, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:18CV135–HEH
)
CHRISTOPHER ROBINSON, *et al.*, )
)
    Respondents. )

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on May 10, 2018, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than eleven (11) days have elapsed since the entry of the May 10, 2018 Memorandum Order and Petitioner has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

It is so ordered.

                                              /s/
                                 Henry E. Hudson
Date: June 25 2018        Senior United States District Judge
Richmond, Virginia